CHESBROUGH LUMBER CO. *v.* CHIPPEWA CIRCUIT JUDGE.

Mandamus by the Chesbrough Lumber Company against Patrick H. O'Brien, presiding circuit judge of Chippewa county, to compel respondent to vacate an order of retaxation of costs. Submitted January 18, 1916. (Calendar No. 26,994.) Writ granted July 21, 1916.

*John W. Shine,* for relator.

*Davidson & Hudson,* for respondent.

BIRD, J. Relator prays for a writ of mandamus to compel respondent to vacate his order retaxing the costs in the suit of *Packard* v. *Chesbrough Lumber Co.* The questions involved herein are identical with those raised and decided in *Chesbrough Lumber Co.* v. *Circuit Judge,* 190 Mich. 539 (157 N. W. 23), and is ruled by it.

The writ will be granted, with costs to the relator.

STONE, C. J., and KUHN, OSTRANDER, MOORE, STEERE, BROOKE, and PERSON, JJ., concurred.